FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
  JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, July 01, 2015

FRANCISCO DURAN Jr.
Robertson Unit - TDC # 1793551
12071 FM 3522
Abilene, TX 79601

District Attorney Cameron County
Armando R. Villalobos
964 E HARRISON ST.
ADMINISTRATION BLDG., 4TH FL.
Brownsville, TX 78520
\* DELIVERED VIA E-MAIL \*

**Re:** DURAN, FRANCISCO JR.
**CCA No.** PD-0429-15
**Trial Court Case No.** 2012-DCR-867-I

The Court has this day issued an order for the above referenced cause.

Sincerely,

Abel Acosta, Clerk

cc:   Lisa McMinn (DELIVERED VIA E-MAIL)
13th Court Of Appeals Clerk (DELIVERED VIA E-MAIL)
District Clerk Cameron County (DELIVERED VIA E-MAIL)
Presiding Judge 445th District Court